## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Michael Nowalski

                                      Plaintiff,

v.                                                                      Case No.: 1:18−cv−05454
                                                                           Honorable Elaine E. Bucklo

Classified Advertising Ventures, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 3, 2018:

      MINUTE entry before the Honorable Elaine E. Bucklo: Motion hearing held on 10/3/2018. Parties failed to appear. Plaintiff's motion for entry of default [8] is denied. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.